HAMLA CORPORATION OF MARYLAND,
INC. *v.* COLEMAN, et al.

[No. 167, September Term, 1966.]

*Decided March 7, 1967.*

*Motion for reargument filed on April 3, 1967, denied on April 5, 1967.*

The cause was argued before HAMMOND, C. J., and HORNEY, MARBURY, OPPENHEIMER and McWILLIAMS, JJ.

*Hyman Ginsberg,* with whom were *George Psoras* and *Ginsberg & Ginsberg* on the brief, for appellant.

*Leonard J. Harmatz,* with whom was *David H. Cohen* on the brief, for appellees.

Per Curiam.

The decree appealed from must be reversed under our holding in *Rothman v. Silver,* 245 Md. 292, 226 A. 2d 308 (1967), and cases therein cited.

*Decree reversed, with costs.*